No. 01–10611.  RODRIGUEZ *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–10612.  SKINNER *v.* STAPLES ET AL.  C. A. 5th Cir. Certiorari denied.

No. 01–10613.  STILL *v.* LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 01–10614.  SMEDLEY *v.* CITY OF OZARK ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 01–10615.  RICHMOND *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 01–10616.  GRAY *v.* FLORIDA.  Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 01–10617.  FINK *v.* DAVIS ET AL.  Sup. Ct. Cal.  Certiorari denied.

No. 01–10618.  ST. PE *v.* MORRISON, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 01–10619.  RUMSEY *v.* MARTIN ET AL.  C. A. 6th Cir. Certiorari denied.

No. 01–10620.  REESE *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 01–10622.  RATZLAFF *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 01–10623.  REEDER *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 01–10624.  ROZIER *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 01–10625.  RAPOSO *v.* UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT.  C. A. 2d Cir.  Certiorari denied.

No. 01–10626.  BATTLE *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.